NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| City of Paso Robles, a municipal corporation,<br><br>    Petitioner,<br><br>    v.<br><br>Edward Pimentel, an individual; Does 1 through 25, inclusive,<br><br>    Defendants. | Case CV 18-03577-ODW(FFMx)<br><br>Judgment |

Based on the Stipulation to Distribute Interpleader Funds, and all other matters properly made part of the record:

**A. Payment of Proceeds**

The San Luis Obispo Superior Court shall distribute $94,628.16 in surplus funds on deposit from case number 15CVP0156 by checks made payable and sent as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| United States | United States Treasury | $68,502.48 | U.S. Attorney's Office – Tax Division<br>Federal Building<br>Attn: AUSA Gavin Greene<br>300 N. Los Angeles St., Room 7211<br>Los Angeles, CA 90012 |
| State of California Franchise Tax Board | State of California Franchise Tax Board | $26,125.68 | Franchise Tax Board<br>P.O. Box 1720, MS: A-260<br>Attn: Marti Gehrig<br>Rancho Cordova, CA 95741-1720 |

**IT IS SO ORDERED**.

DATED: May 9, 2018

_____
~~CHRISTINA A. SNYDER~~  Otis D. Wright, II
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2